**Harvey Grad**
**Harvey Grad, PS**
323 Queen Anne Ave. N., #102
Seattle, WA 98109
206.331.3927
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID ENGELSTEIN,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>UNITED STATES DEPARTMENT OF AGRIGULTURE, et al.,<br><br>　　　　　　Defendants. | C20-0916 TSZ<br><br>ORDER GRANTING ADDITIONAL TIME FOR SERVICE OF PROCESS |

This matter having come on before the Court upon the application of Plaintiff, and **unopposed by the Unites States defendants, whose counsel authorizes Plaintiff to so represent to the Court,** upon the evidence and law presented thereby, the Court hereby grants Plaintiff an additional 180 days, from February 8, 2021, **and until August 7, 2021, to** identify and serve "Doe" Defendants I-X, as set out in the complaint, docket no. 1, and further such additional reasonable time as Plaintiff may need to serve government defendants pursuant to FRCP 4(i)(4).

　　　　**IT IS SO ORDERED,** this 11th day of January, 2021

　　　　　　　　　　_____
　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　United States District Judge

Presented by:

s/Harvey Grad
Harvey Grad, WSBA 6506
Harvey Grad, PS
Attorney for Plaintiff

Engelstein v. USDA/USFS et al.
ORDER EXTENDING
TIME FOR SERVICE -Page 1