1

2

3

4

5                        UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
6                                AT SEATTLE

7    DAVID ENGELSTEIN,

8                          Plaintiff,

9         v.

10   UNITED STATES DEPARTMENT OF
     AGRICULTURE, UNITED STATES
11   FOREST SERVICE, UNITED                   C20-916 TSZ
     STATES DEPARTMENT OF                     (consolidated with C20-1809 TSZ)
12   HIGHWAYS, UNITED STATES
     DEPARTMENT OF
13   TRANSPORTATION, UNITED
     STATES FEDERAL HIGHWAY
14   ADMINISTRATION, WESTERN
     FEDERAL LANDS HIGHWAY
15   DIVISION, and DOES I–X,

16                         Defendants.

17   DAVID ENGELSTEIN.

18                          Plaintiff,

19        v.                                  MINUTE ORDER

20   STATE OF WASHINGTON and KING
     COUNTY, a political subdivision of the
21   State of Washington, and DOES I–XV.

22                         Defendants.

23

MINUTE ORDER - 1

| | |
|---|---|
| **JURY/BENCH TRIAL DATE** | April 25, 2022 |
| Length of Trial | 5–7 days |
| Deadline for joining additional parties | June 1, 2021 |
| Any motions for leave to amend pleadings filed by | October 4, 2021 |
| Disclosure of expert testimony under FRCP 26(a)(2) | October 4, 2021 |
| All motions related to discovery must be filed by | December 2, 2021 |
| All remaining discovery completed by | January 10, 2022 |
| All dispositive motions must be filed by<br>      and noted on the motion calendar no later than the<br>      fourth Friday thereafter (see LCR 7(d)) | February 3, 2022 |
| All motions related to expert witnesses (_e.g._, Daubert<br>motion) must be filed by<br>      and noted on the motion calendar no later<br>      than the third Friday thereafter (see LCR 7(d)) | February 10, 2022 |
| Mediation must be completed by | March 1, 2022 |
| All motions _in limine_ must be filed by<br>      and noted for the third Friday thereafter; responses<br>      shall be due on the noting date; no reply shall be<br>      filed unless requested by the Court | March 24, 2022 |
| Agreed Pretrial Order due[1] | April 8, 2022 |
| Trial briefs, proposed voir dire questions, and<br>proposed jury instructions, and proposed findings of fact<br>and conclusions of law due | April 8, 2022 |
| Pretrial conference to be held at 10:00 a.m. on | April 15, 2022 |

---

[1] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2

1    These dates are set at the direction of the Court after reviewing the joint status

2    report and discovery plan submitted by the parties.  All other dates are specified in the

3    Local Civil Rules.  These are firm dates that can be changed only by order of the Court,

4    not by agreement of counsel or the parties.  The Court will alter these dates only upon

5    good cause shown: failure to complete discovery within the time allowed is not

6    recognized as good cause.

7    As required by LCR 37(a), all discovery matters are to be resolved by agreement if

8    possible.  Counsel are further directed to cooperate in preparing the final pretrial order in

9    the format required by LCR 16.1, except as ordered below.

10    Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table

11    format with the following columns: "Exhibit Number," "Description," "Admissibility

12    Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed,"

13    and "Admitted."  The latter column is for the Clerk's convenience and shall remain

14    blank, but the parties shall indicate the status of an exhibit's authenticity and

15    admissibility by placing an "X" in the appropriate column.  Duplicate documents shall

16    not be listed twice: once a party has identified an exhibit in the pretrial order, any party

17    may use it.

18    The original and one copy of the trial exhibits are to be delivered to the courtroom

19    at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than

20    the Friday before trial.  Each set of exhibits shall be submitted in a three-ring binder with

21    appropriately numbered tabs.  Each exhibit shall be clearly marked.  Plaintiff's exhibits

22    shall be numbered consecutively beginning with 1; defendant's exhibits shall be

23

numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit.  For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Should this case settle, counsel shall notify Gail Glass at 206-370-8522 as soon as possible.

The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of March, 2022.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 4