Harvey Grad
Harvey Grad, PS
323 Queen Anne Ave. N., #102
Seattle, WA 98109
CP 206.409.9504
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID ENGELSTEIN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRIGULTURE, et al,<br><br>Defendants. | C20-916 TSZ<br><br><br>ORDER GRANTING UNOPPOSED MOTION TO AMEND |

The Plaintiff's unopposed Motion to Amend Complaint to identify Doe defendants as alleged therein, docket no. 25, is GRANTED. The Plaintiff shall electronically file the Amended Complaint via the Case Management and Electronic Filing ("CM/ECF") within seven (7) days of the date of this Order.

**IT IS SO ORDERED,** this 20th day of May, 2021

_____
Thomas S. Zilly
United States District Judge

Presented by:

s/Harvey Grad
Harvey Grad, WSBA 6506
Harvey Grad, PS
Attorney for Plaintiff

Engelstein v. USDA/USFS et al
ORDER ALLOWING AMENDMENT
OF PLAINTIFF'S COMPLAINT
Page 1