UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ENGELSTEIN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF HIGHWAYS; UNITED STATES DEPARTMENT OF TRANSPORTATION; UNITED STATES FEDERAL HIGHWAY ADMMINISTRATION; WESTERN FEDERAL LANDS HIGHWAY DIVISION; and DOES I-X,<br><br>　　　　　　Defendants. | C20-916 TSZ<br><br>MINUTE ORDER |
| DAVID ENGELSTEIN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE STATE OF WASHINGTON; KING COUNTY; and DOES 1-XV<br>　　　　　　Defendants. | |

MINUTE ORDER - 1

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion to Amend First to Second Amended Complaint, docket no. 47, is GRANTED. Plaintiff shall electronically file his second amended complaint in the same form as attached to his motion, see docket no. 47-1, within five (5) days from the date of this Minute Order.

(2) The Court will construe the Motion to Dismiss, docket no. 39, filed by Defendant Old Castle Infrastructure ("Old Castle") as a motion to dismiss the new second amended complaint. If necessary, Old Castle may file a supplemental brief related to the second amended complaint, not to exceed five (5) pages, by September 9, 2021. If necessary, Consol Defendant King County may file any supplemental brief to the motion to dismiss, not to exceed five (5) pages, by September 17, 2021. Plaintiff David Engelstein shall file any supplemental responses by September 17, 2021. Any supplemental reply shall by filed by September 24, 2021. The motion to dismiss is RENOTED to September 24, 2021.

(3) The Court will construe the Motion for Summary Judgment, docket no. 54, filed by Defendant Active Construction Inc. ("Active Construction") as a motion for summary judgment related to the second amended complaint. If necessary, Active Construction may file a supplemental brief related to the second amended complaint, not to exceed five (5) pages, by September 5, 2021. The motion for summary judgment is RENOTED to September 24, 2021. Any response to the motion for summary judgment shall be filed by September 20, 2021. Any reply shall be filed by the new noting date.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of August, 2021.

Ravi Subramanian  
Clerk

s/Gail Glass  
Deputy Clerk

MINUTE ORDER - 2