UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ENGELSTEIN,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>   Defendants. | C20-916 TSZ<br><br>MINUTE ORDER |
| DAVID ENGELSTEIN,<br><br>   Plaintiff,<br><br> v.<br><br>THE STATE OF WASHINGTON, et al.,<br><br>   Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Joint Stipulation Extending Deadlines, docket no. 70, is GRANTED. The Court issues the following amended schedule:

 **JURY TRIAL** set for    **9:00 AM on**   January 23, 2023

 Amended Pleadings due by        December 31, 2021

MINUTE ORDER - 1

| | |
|---|---|
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by | July 11, 2022 |
| Motions related to discovery due by | August 25, 2022 |
| Discovery completed by | September 1, 2022 |
| Dispositive Motions due by<br>  and noted on the motions calendar no later<br>  than the fourth Friday thereafter (see LCR 7(d)) | October 15, 2022 |
| Motions related to expert witnesses (e.g., Daubert motion) due by<br>  and noted on the motions calendar no later<br>  than the third Friday thereafter (see LCR 7(d)) | November 17, 2022 |
| Motions in Limine due by<br>  and noted on the motions calendar no later<br>  than the Friday before the Pretrial Conference<br>  (see LCR 7(d)(4)) | December 22, 2022 |
| Pretrial Order due[1] by | January 6, 2023 |
| Trial Briefs to be submitted by | January 6, 2023 |
| Proposed Voir Dire/Jury Instructions due by | January 6, 2023 |
| Pretrial Conference set for        **1:30 PM on** | January 13, 2023 |

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns:  "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted."  The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column.  Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

---

[1] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address:  ZillyOrders@wawd.uscourts.gov.

      The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.  Each exhibit shall be clearly marked.  Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit.  For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

      All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 22, shall remain in full force and effect.

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 1st day of October, 2021.

                              Ravi Subramanian
                              Clerk

                              s/Gail Glass
                              Deputy Clerk