UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID ENGELSTEIN,

        Plaintiff,

  v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

        Defendants.

C20-916 TSZ

MINUTE ORDER

DAVID ENGELSTEIN,

        Plaintiff,

  v.

THE STATE OF WASHINGTON, et al.,

        Defendants.

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court DENIES Plaintiff's Motion for Reconsideration, docket no. 92, as to Defendant Old Castle Infrastructure.

(2) The Court requests a response to Plaintiff's Motion for Reconsideration from Defendant Active Construction, Inc. ("Active"). No reply shall be filed unless

MINUTE ORDER - 1

requested by the Court.  Defendant Active is DIRECTED to file its response to the motion for reconsideration by Friday, March 11, 2022.  The motion for reconsideration is RENOTED to March 11, 2022.

   (3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 24th day of February, 2022.

              Ravi Subramanian
              Clerk

              s/Gail Glass
              Deputy Clerk

- 2