UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID ENGELSTEIN,

        Plaintiff,

  v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

        Defendants.

DAVID ENGELSTEIN,

        Plaintiff,

  v.

THE STATE OF WASHINGTON, et al.,

        Defendants.

C20-916 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court DENIES Plaintiff's Motion for Reconsideration, docket no. 92, as to Defendant Active Construction, Inc. ("ACI"). "[A] motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." Kona Enters., Inc. v. Estate of Bishop, 229

MINUTE ORDER - 1

F.3d 877, 890 (9th Cir. 2000) (internal citation omitted).  In the motion, Plaintiff challenges whether ACI raised sufficient evidence of prejudice to warrant summary judgment.  Plaintiff's arguments demonstrate a mere disagreement with the Court's assessment of whether ACI was prejudiced by the delayed notice of the action, which does not warrant granting reconsideration.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of March, 2022.

        Ravi Subramanian
        Clerk

        s/Gail Glass
        Deputy Clerk

- 2