UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID ENGELSTEIN,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

        Defendant.

C20-0916 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion to extend discovery, docket no. 152, is GRANTED in part and DEFERRED in part. The Court DEFERS the motion to extend after the previously outlined June 20, 2023, discovery deadline. The Court will hold a telephonic status conference on June 30, 2023, at 11:00am. The Court will email the parties separately with the details.

(2) The motion is GRANTED in part such that either party may file deposition transcripts or excerpts of deposition transcripts taken on or before June 20, 2023. The Court may amend this order depending on the outcome of the deferred portion of the motion. The parties shall file these transcripts by July 5, 2023, which shall include the United States of America providing a transcript of the Nordstrom deposition in its entirety.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER - 1

Dated this 27th  day of June, 2023.

                                             Ravi Subramanian
                                             Clerk

                                             s/Laurie Cuaresma
                                             Deputy Clerk

MINUTE ORDER - 2