UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID ENGELSTEIN,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,

    Defendants.

C20-0916 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The United States' motion to strike, docket no. 173, is DENIED. The Court will consider the Supplemental Response, docket no. 171. The Court will also consider the Declaration of Greg Gebhard, docket no. 170, to the extent it presents any admissible evidence.

(2) The United States' motion to dismiss for lack of subject matter jurisdiction, docket no. 124, is GRANTED. The Court will issue a separate order explaining its reasoning.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of August, 2023.

                                                    Ravi Subramanian
                                                    Clerk

                                                    s/Laurie Cuaresma
                                                    Deputy Clerk

MINUTE ORDER - 1